■ BARBARA O'MALLEY, as Executrix of SANDRA M. ALTEMARI, Deceased, Respondent, v CARL J. ALTEMARI, Appellant. [815 NYS2d 854]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered May 19, 2005 in a divorce action. The judgment, among other things, dissolved the marriage between defendant and decedent by reason of defendant's cruel and inhuman treatment of decedent.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.

---

■ KATHERINE G.L. MERKLEY et al., Appellants, v STAR DINER, INC. OF SENECA COUNTY et al., Respondents. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered October 14, 2005 in a personal injury action. The order denied plaintiffs' motion for partial summary judgment on the issue of liability.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.